Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **CTCHGC, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Central Texas Gun Works**<br>**Centex Guns**<br>**CTGW** |
| **3. Debtor's federal Employer Identification Number (EIN)** | __4__ __5__ – __2__ __0__ __6__ __2__ __3__ __4__ __4__ |

**4. Debtor's address**

Principal place of business

**321 W Ben White Blvd**
Number         Street

**Austin, TX 78704-7087**
City                              State      ZIP Code

**Travis**
County

Mailing address, if different from principal place of business

Number         Street

City                              State      ZIP Code

Location of principal assets, if different from principal place of business

Number         Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://centraltexasgunworks.com/** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **CTCHGC, LLC**
_____  Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4  5  9  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes. District **Western District of Texas**  When **9/2/2024**  Case number **24-11072**
　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

District _____  When _____  Case number _____
　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____  Relationship _____

District _____  When _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Case number, if known _____

Debtor  __CTCHGC, LLC_____     Case number (if known) _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number        Street<br><br>              _____<br><br>              _____<br>              City                                        State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million     ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **CTCHGC, LLC**
Name
Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/23/2025**
MM/ DD/ YYYY

X  **/s/ Michael D. Cargill**
Signature of authorized representative of debtor

**Michael D. Cargill**
Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Stephen W Sather**
Signature of attorney for debtor

Date  **12/23/2025**
MM/ DD/ YYYY

**Stephen W Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number          Street

**Austin**
City

**TX**
State

**78731**
ZIP Code

**(512) 476-9103 x220**
Contact phone

**ssather@bn-lawyers.com**
Email address

**17657520**
Bar number

**TX**
State

Fill in this information to identify the case:

Debtor Name  **CTCHGC, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Capital Credit Union** | **Checking account** | **0 4 0 8** | $200.00 |
| 3.2. **Vista** | **Checking account** | **9 2 1 6** | $3,000.00 |
| 3.3. **Capital Credit Union** | **Checking account** | **9 7 1 5** | $2,500.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $5,700.00 |
   |---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **CTCHGC, LLC**                                              Case number *(if known)* _____
          Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                              _____

---

**Part 3:    Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:  _____ - _____ =....➔      _____
                                face amount       doubtful or uncollectible accounts

     11b. Over 90 days old:     **unknown** - **unknown** =....➔            **$67,000.00**
                                face amount       doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$67,000.00**

---

**Part 4:    Investments**

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value** | **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                          % of ownership:

| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

---

Debtor    **CTCHGC, LLC**
_____    Case number *(if known)* _____
Name

---

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1  _____    _____    _____

   16.2  _____    _____    _____

17.  **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| | | |
|---|---|---|
| | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| See Schedule of Firearm Inventory | MM / DD / YYYY | unknown | | $178,725.02 |
| **22.  Other inventory or supplies** | | | | |
| See Attached Inventory List | MM / DD / YYYY | unknown | | $144,054.63 |

23.  **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $322,779.65 |

24.  **Is any of the property listed in Part 5 perishable?**

   ☑ No
   ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor        CTCHGC, LLC _____        Case number *(if known)* _____
              Name

| 27. | Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)? |
|---|---|

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |
| **33. Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

| 34. | Is the debtor a member of an agricultural cooperative? |
|---|---|

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

| 35. | Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed? |
|---|---|

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

| 36. | Is a depreciation schedule available for any of the property listed in Part 6? |
|---|---|

☐ No

☐ Yes

| 37. | Has any of the property listed in Part 6 been appraised by a professional within the last year? |
|---|---|

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| 38. | Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles? |
|---|---|

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor  **CTCHGC, LLC**

Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **See Schedule of Non-Firearm Inventory** | $87,024.00 | | $87,024.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Printer** | unknown | | $8,500.00 |
| **Security Camera Equipment** | unknown | | $10,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $106,024.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Chevy Express / VIN: 1GZAGPFGXK1252876** | $0.00 | | $55,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor       **CTCHGC, LLC**
_____       Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ | _____ |

49.  **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ | _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  _____  _____  _____  _____

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $55,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:       Real property**

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.            _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

Debtor    **CTCHGC, LLC**
_____    Case number *(if known)* _____
          Name

---

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademark: Central Texas Gun Works** | $0.00 | | $10,000.00 |
| **Trademark: CTGW** | $0.00 | | $5,000.00 |
| **Trademark: Come and Take It** | $0.00 | | $10,000.00 |
| 61.  **Internet domain names and websites** | | | |
| | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| **FFL-05901 SOT (Federal Firearm License)** | $0.00 | | $1,000.00 |
| **FFL-13132 SOT (Federal Firearm License)** | $0.00 | | $1,000.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| **Customer Lists** | $0.00 | | $10,000.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| | | | |
| 65.  **Goodwill** | | | |
| | | | |

66.  **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

| $37,000.00 |
| --- |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    **CTCHGC, LLC**                                          Case number *(if known)* _____
        Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

Debtor    **CTCHGC, LLC**                                   Case number *(if known)*
        Name

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ❏ No
     ❏ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,700.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $67,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $322,779.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $106,024.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $55,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................... ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $37,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $593,503.65 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $593,503.65 |

Fill in this information to identify the case:

Debtor name  **CTCHGC, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**ACME Company**

**Creditor's mailing address**

**64 Beaver St Pmb 344**

**New York, NY 10004-2508**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Capital Credit Union: **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA; For Capital Credit Union: **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA; For Vista : **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA

**Describe debtor's property that is subject to a lien**

Capital Credit Union, Capital Credit Union, Vista

**Describe the lien**

**Deposit accounts, account-receivables, and other receivables, and proceeds**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| | unknown | $5,700.00 |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $1,720,517.22 | |
|---|---|---|

Debtor   **CTCHGC, LLC**

Name

Case number (if known) _____

---

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**Po Box 380902**

**Minneapolis, MN 55438-0902**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Ally Financial**; 2) Blue Bridge Capital LLC; 3) SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevy Express

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$39,609.00**

**$55,000.00**

---

Debtor  **CTCHGC, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Blue Bridge Capital LLC**

Creditor's mailing address

**570 Eastern Pkwy**

**Brooklyn, NY 11225-1604**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  **4  2  8  8**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Chevy Express, Capital Credit Union, Capital Credit Union, Trademark: CTGW, FFL-05901 SOT (Federal Firearm License), FFL-13132 SOT (Federal Firearm License), Printer, Security Camera Equipment, Vista , See Attached Inventory List, See Schedule of Firearm Inventory, See Schedule of Non-Firearm Inventory, Trademark: Central Texas Gun Works, Trademark: Come and Take It

**Describe the lien**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$28,480.95**      **$516,503.65**

Debtor     **CTCHGC, LLC**
Name                                                        Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** **Creditor's name**

**Broadway Advance LLC**

**Describe debtor's property that is subject to a lien**

$29,000.00               unknown

**Creditor's mailing address**

**241 37th St Ste B432**

**Brooklyn, NY 11232-2417**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **CTCHGC, LLC**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** **Creditor's name**

**Canon Financial**

**Creditor's mailing address**

**158 Gaither Dr**

**Mount Laurel, NJ 08054-1716**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Security Camera Equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**$10,500.00**    **$10,500.00**

Debtor  **CTCHGC, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Grenke GC Leasing AZ LLC**

**Describe debtor's property that is subject to a lien**

Printer

**$8,500.00**         **$8,500.00**

**Creditor's mailing address**

**3200 E Camelback Rd Ste 253**

**Phoenix, AZ 85018-2327**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **CTCHGC, LLC**
Name

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

**Internal Revenue Service**

**Describe debtor's property that is subject to a lien**

_____

$3,685.54      unknown

**Creditor's mailing address**

**Centralized Insolvency Office**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **CTCHGC, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.8** **Creditor's name**

**Iterum Financial**

**Describe debtor's property that is subject to a lien**

$48,500.00        unknown

**Creditor's mailing address**

**6015 Washington St Fl 2**

**Hollywood, FL 33023-1316**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **CTCHGC, LLC**
_____

Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Prosperity Bank**

**Describe debtor's property that is subject to a lien**

_____

$264,298.28                          unknown

**Creditor's mailing address**

**80 Sugar Creek Center Blvd**

**Sugar Land, TX 77478-3542**

_____

**Describe the lien**

**UCC-1**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  3  7  1  1

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **CTCHGC, LLC**                                          Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**

**ROC Funding Group**
_____

**Creditor's mailing address**

**1457 Richmond Rd**
_____

**Staten Island, NY 10304-2309**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**   **6  6  8  7**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$299,183.10**                    **unknown**

Debtor  **CTCHGC, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** Creditor's name

**SBA**

**Creditor's mailing address**

**Little Rock Comm Loan Serv**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **8   7   0   3**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3**

**Describe debtor's property that is subject to a lien**

~~2019 Chevy Express, Capital Credit Union, Capital Credit Union, Printer, See Schedule of Firearm Inventory, See Schedule of Non-Firearm Inventory, Vista , Security Camera Equipment, See Attached Inventory List~~

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$979,074.37

$489,503.65

Debtor **CTCHGC, LLC**
_____  Case number (if known) _____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:**  Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** Creditor's name

**Travis County**

Creditor's mailing address

**Tax Assessor Collector**

**Po Box 1748**

**Austin, TX 78767**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account    **2   3   4   4**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| **$9,685.98** | **unknown** |

Debtor  **CTCHGC, LLC**

Name

Case number (if known) _____

---

| Part 1: | Additional Page |
|---------|-----------------|

---

**2.3** **Creditor's name**

**Blue Bridge Capital LLC**

**Specify each creditor, including this creditor, and its relative priority.**

For 2019 Chevy Express: 1) Ally Financial; **2) Blue Bridge Capital LLC**; 3) SBA; For Capital Credit Union: 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For Capital Credit Union: 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For Printer: 1) Grenke GC Leasing AZ LLC; **2) Blue Bridge Capital LLC**; 3) SBA; For Security Camera Equipment: 1) Canon Financial; **2) Blue Bridge Capital LLC**; 3) SBA; For Vista : 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For See Attached Inventory List: **1) Blue Bridge Capital LLC**; 2) SBA; For See Schedule of Firearm Inventory: **1) Blue Bridge Capital LLC**; 2) SBA; For See Schedule of Non-Firearm Inventory: **1) Blue Bridge Capital LLC**; 2) SBA

---

Debtor    **CTCHGC, LLC**                                          Case number (if known) _____
     Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Fritz Byrne PLLC**<br>**402 W 7th St**<br>**Austin, TX 78701-2808** | Line 2. **9** | __ __ __ __ |
| **US Attorney General**<br>**Dept. of Justice**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | Line 2. **11** | __ __ __ __ |
| **US Attorney, Civ Pro Clerk (SBA)**<br>**601 Nw Loop 410 Ste 600**<br>**San Antonio, TX 78216-5512** | Line 2. **11** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **CTCHGC, LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

__1711 San Jacinto Blvd__

__Austin, TX 78701-1416__

Date or dates debt was incurred

_____

Last 4 digits of account number __2__ __3__ __4__ __4__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $23,076.94          **Priority amount:** $23,076.94

**2.2** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

__1711 San Jacinto Blvd__

__Austin, TX 78701-1416__

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $5,952.00          **Priority amount:** $5,952.00

Debtor  __CTCHGC, LLC_____  Case number *(if known)* _____
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Adrian Jung

6700 Quincy Cv

Austin, TX 78739-2022

Date or dates debt was incurred  08/01/2021

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $739,362.00**

---

**3.2** Nonpriority creditor's name and mailing address

Alex Jones Bankruptcy Estate

2626 Cole Ave Ste 300

Dallas, TX 75204-1094

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $35,732.79**

---

**3.3** Nonpriority creditor's name and mailing address

Bank of America

Po Box 653064

Dallas, TX 75265-3064

Date or dates debt was incurred  _____

Last 4 digits of account number  3 0 2 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,513.50**

---

**3.4** Nonpriority creditor's name and mailing address

Bank of America

Po Box 653064

Dallas, TX 75265-3064

Date or dates debt was incurred  _____

Last 4 digits of account number  1 7 1 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $4,813.50**

Debtor  **CTCHGC, LLC**
Name                                                          Case number *(if known)*

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Barron & Newburger, P.C.**

**7320 N Mopac Expy Ste 400**

**Austin, TX 78731-2347**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                 $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Canon Financial**

**158 Gaither Dr Suite 200**

**Mount Laurel, NJ 08054-1716**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**City of Austin Alarm Division**

**Po Box 1088**

**Austin, TX 78767-1088**

Date or dates debt was incurred

Last 4 digits of account number  4  0  6  4

As of the petition filing date, the claim is:                 $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Diverse Capital**

**323 Sunny Isles Blvd Ste 503**

**Sunny Isl Bch, FL 33160-4675**

Date or dates debt was incurred

Last 4 digits of account number  2  3  4  4

As of the petition filing date, the claim is:                 $8,320.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **CTCHGC, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,783.66
*Check all that apply.*

**Elavon ASA 12-2291**

**SDS 12-2291**

**Po Box 86**

**Minneapolis, MN 55486-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   7   5   6   3

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,144.92
*Check all that apply.*

**ERC Specialist**

**560 E Timpanogos Cir**

**Orem, UT 84097-6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   5   4   4   8

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,652.00
*Check all that apply.*

**Kash Advance**

**111 Greator Neck Road Suite 300**

**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   2   3   4   4

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Parks**

**P.O. Box 22678**

**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

---

Debtor  **CTCHGC, LLC**
_____    Case number _(if known)_ _____
Name

---

**Part 2:**  Additional Page

---

**3.13**  Nonpriority creditor's name and mailing address

**Parks Coffee**

**Po Box 110209**

**Carrollton, TX 75011-0209**

Date or dates debt was incurred  _____

Last 4 digits of account number   **3   7   0   1**

As of the petition filing date, the claim is:     **$289.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

**PaySafe**

**1209 N Orange St**

**Wilmington, DE 19801-1120**

Date or dates debt was incurred  _____

Last 4 digits of account number   **2   7   9   6**

As of the petition filing date, the claim is:     **$6,730.82**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

**Quill Corporation**

**P.O. Box 37600**

**Wilmington, DE 19801**

Date or dates debt was incurred  _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:     **$218.82**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

**SBC Ben White LP**

**TIG Real Estate Services, Inc.**

**901 S Mopac Expy Bldg 4**

**Austin, TX 78746-6059**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0   2   0   3**

As of the petition filing date, the claim is:     **$3,900.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **CTCHGC, LLC**
_____
Name

Case number _(if known)_ _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address

**Spectrum**

**1600 Dublin Rd**

**Columbus, OH 43215**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$237.36

---

**3.18** | Nonpriority creditor's name and mailing address

**Speedy Funding**

**185 Carrier St**

**Liberty, NY 12754-2124**

Date or dates debt was incurred _____

Last 4 digits of account number  2  3  4  4

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$265,711.00

---

**3.19** | Nonpriority creditor's name and mailing address

**Streusand, Landon, Ozburn & Lemmon, LLP**

**1801 S Mopac Expy Ste 320**

**Austin, TX 78746-9817**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,769.48

---

**3.20** | Nonpriority creditor's name and mailing address

**Tagua Gunleather**

**2047 Nw 24th Ave**

**Miami, FL 33142-7237**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

Debtor   __CTCHGC, LLC_____     Case number *(if known)* _____
      Name

---

**Part 2:**  Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,558.40
| | *Check all that apply.* |
| **Tech Locally LLC** | ☐ Contingent |
| **9901 Brodie Ln Ste 160-761** | ☐ Unliquidated |
| **Austin, TX 78748-5803** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,690.34
| | *Check all that apply.* |
| **Title Max** | ☐ Contingent |
| **8505 Springdale Rd** | ☐ Unliquidated |
| **Austin, TX 78754-4902** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  0  3  2  1 | ☑ No  ☐ Yes |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| | *Check all that apply.* |
| **T-Mobile** | ☐ Contingent |
| **Po Box 629025** | ☐ Unliquidated |
| **El Dorado Hls, CA 95762-9025** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $613.17
| | *Check all that apply.* |
| **TX Workforce Commission** | ☐ Contingent |
| **OAG - BK Collections** | ☐ Unliquidated |
| **Po Box 12548, MC008** | ☐ Disputed |
| **Austin, TX 78711-2548** | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

Debtor    **CTCHGC, LLC**
_____          Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,600.00

**Zachary Istre**

**904 E 52nd St**

**Austin, TX 78751-2208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contract Work**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor **CTCHGC, LLC**
Name

Case number *(if known)*

List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Streusand, Landon, Ozburn & Lemmon, LLP** | Line **3.19** | |
| **1801 S Mopac Expy Ste 320** | ☐ Not listed. Explain | ___ ___ ___ ___ |
| **Austin, TX 78746-9817** | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      **CTCHGC, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $29,028.94 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,152,640.76 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $1,181,669.70 |

**Fill in this information to identify the case:**

Debtor name  **CTCHGC, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (If known): _____  Chapter  **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Bldg. Lease** | **SBC Ben White LP** |
| | | | **TIG Real Estate Services, Inc.** |
| | State the term remaining | **0 months** | **901 S Mopac Expy Bldg 4** |
| | List the contract number of any government contract | | **Austin, TX 78746-6059** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>CTCHGC, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>Western</b> District of <b>Texas</b> (State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Michael D. Cargill** | **10701 Claywood Dr** (Street) <br> **Austin, TX 78753-3509** (City / State / ZIP Code) | **ACME Company** <br><br> **Streusand, Landon, Ozburn & Lemmon, LLP** | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | (Street) <br> (City / State / ZIP Code) | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | (Street) <br> (City / State / ZIP Code) | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | (Street) <br> (City / State / ZIP Code) | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **CTCHGC, LLC**
Name

Case number (if known)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | | Street | | ❑ D  ❑ E/F  ❑ G |
| | | City    State    ZIP Code | | |
| 2.6 | | Street | | ❑ D  ❑ E/F  ❑ G |
| | | City    State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____**CTCHGC, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................
    | $0.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................
    | $593,503.65 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................
    | $593,503.65 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
    | $1,720,517.22 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................
    | $29,028.94 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................
    | + $1,152,640.76 |

4. **Total liabilities**.................................................................................................................
    Lines 2 + 3a + 3b
    | $2,902,186.92 |

| Fill in this information to identify the case: |
| --- |
| Debtor name   **CTCHGC, LLC** |
| United States Bankruptcy Court for the:   **Western District of Texas** |
| Case number (if known): |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,030,849.59** |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,049,859.00** |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,339,756.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Barron & Newburger, P.C.**<br>Creditor's name<br><br>**7320 N Mopac Expy Ste 400**<br>Street<br><br><br>**Austin, TX 78731-2347**<br>City          State     ZIP Code | | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br><br>_____<br>City          State     ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

CTCHGC, LLC
_____  Case number *(if known)* _____
Name

5.1. _____  _____  _____  _____
Creditor's name

_____
Street

_____
_____
City                    State     ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>_____<br>City      State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Prosperity Bank v CTCHGC, LLC et al** | **Breach of Contract** | **200th Judicial District Court, Travis County, Texas**<br>Name<br>**1000 Guadalupe St UNIT 507**<br>Street<br><br>**Austin, TX 78701**<br>City         State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br><br>**D-1-GN-23-006997** | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street

City                State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City              State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

CTCHGC, LLC

Name                                                                  Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Barron & Newburger, P.C.** | **Attorney's Fee** | **12/10/2025** | **$5,000.00** |

| | |
|---|---|
| **Address** | |
| **7320 N Mopac Expy Ste 400** | |
| Street | |
| | |
| **Austin, TX 78731-2347** | |
| City                State    ZIP Code | |

**Email or website address**


**Who made the payment, if not debtor?**

**CTCHGC, LLC**


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |


**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   25-12029-smr   Doc#1   Filed 12/23/25   Entered 12/23/25 12:18:56   Main Document   Pg 47 of 64
         CTCHGC, LLC
         Name                                                    Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
|       |                            |                                                                                   |                        |                       |

**Address**

Street

City                    State        ZIP Code

**Relationship to debtor**

---

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

14.1. _____        From _____   To _____
      Street

      City           State    ZIP Code

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 15.1. | | |
| Facility name | | |

| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|--------|-----------------------------------------------------------------------------------------------------------------------------------|-----------------------|
| City    State    ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

Debtor  25-12029-smr  Doc#1  Filed 12/23/25  Entered 12/23/25 12:18:56  Main Document  Pg 48 of 64
CTCHGC, LLC
Name                                                                    Case number (if known)

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Identogo by Idemia**<br>Name | **321 W Ben White Blvd Ste 203** | ~~Fingerprint Machine & Computer~~<br>~~Equipment~~ | _____ |
| **11951 Freedom Dr Ste 1800**<br>Street | **Austin, TX 78704-7087** | | |
| **Reston              VA**<br>**20190-5642**<br>City          State      ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor ___25-12029-smr__ Doc#1 Filed 12/23/25 Entered 12/23/25 12:18:56 Main Document Pg 50 of 64
CTCHGC, LLC
Name                                                                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | | | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor     CTCHGC, LLC                                                     Case number *(if known)* _____
           Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City       State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **John E Johnson CPA**<br>Name<br>**8940 Fourwinds Dr Ste 103**<br>Street<br><br>**Windcrest, TX 78239-1959**<br>City          State          ZIP Code | From **2025**     To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **John E Johnson CPA**<br>Name<br>**8940 Fourwinds Dr Suite 103**<br>Street<br><br>**San Antonio, TX 78239**<br>City          State          ZIP Code | From **2025**     To _____ |
| **Name and address** | **Dates of service** |
| 26b.2. **Capital Credit Union**<br>Name<br>**133 E Ben White Blvd**<br>Street<br><br>**Austin, TX 78704-7209**<br>City          State          ZIP Code | From **2019**     To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **John E Johnson CPA** <br> Name <br><br> **8940 Fourwinds Dr Ste 103** <br> Street <br><br><br> **Windcrest, TX 78239-1959** <br> City         State       ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | <br> Name <br><br><br> Street <br><br><br> City         State       ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Michael D. Cargill** | **11/28/2025** | **$144,054.63** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   **CTCHGC, LLC** <br> Name <br><br> **321 W Ben White Blvd Ste 203** <br> Street <br><br><br> **Austin, TX 78704-7087** <br> City         State       ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael D. Cargill** | **10701 Claywood Dr Austin, TX 78753-3509** | **Manager/President,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

From _____

To _____

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Michael D. Cargill**<br>Name<br><br>**10701 Claywood Dr**<br>Street<br><br>**Austin, TX 78753-3509**<br>City          State          ZIP Code | **$60,046.92**<br><br>**$40,092.90** | **2025**<br><br>**2024** | **Wages** |
| **Relationship to debtor**<br><br>**Owner** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/23/2025**
                  MM/  DD/  YYYY

**X** **/s/ Michael D. Cargill**                    Printed name    **Michael D. Cargill**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Manager**

Debtor CTCHGC, LLC
        Name                                                          Case number *(if known)*

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name                     **CTCHGC, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Adrian Jung 6700 Quincy Cv Austin, TX 78739-2022 | | | | | | $739,362.00 |
| 2 | SBA Little Rock Comm Loan Serv Center 2120 Riverfront Drive Suite 100 Little Rock, AR 72202 | | UCC-1 | | $979,074.37 | $489,503.65 | $569,660.67 |
| 3 | ROC Funding Group 1457 Richmond Rd Staten Island, NY 10304-2309 | | | | | | $299,183.10 |
| 4 | Speedy Funding 185 Carrier St Liberty, NY 12754-2124 | | | | | | $265,711.00 |
| 5 | Prosperity Bank 80 Sugar Creek Center Blvd Sugar Land, TX 77478-3542 | | UCC-1 | | | | $264,298.28 |
| 6 | Iterum Financial 6015 Washington St Fl 2 Hollywood, FL 33023-1316 | | | | | | $48,500.00 |
| 7 | Alex Jones Bankruptcy Estate 2626 Cole Ave Ste 300 Dallas, TX 75204-1094 | | | | | | $35,732.79 |
| 8 | Broadway Advance LLC 241 37th St Ste B432 Brooklyn, NY 11232-2417 | | | Contingent Unliquidated | | | $29,000.00 |

Debtor  __**CTCHGC, LLC**_____  Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Kash Advance<br>111 Greator Neck Road Suite 300<br>Great Neck, NY 11021 | | | | | | $27,652.00 |
| 10  Texas Comptroller of Public Accounts<br>1711 San Jacinto Blvd<br>Austin, TX 78701-1416 | | | | | | $23,076.94 |
| 11  Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S Mopac Expy Ste 320<br>Austin, TX 78746-9817 | | | | | | $14,769.48 |
| 12  Barron & Newburger, P.C.<br>7320 N Mopac Expy Ste 400<br>Austin, TX 78731-2347 | | Legal Services | | | | $10,000.00 |
| 13  Elavon ASA 12-2291<br>SDS 12-2291<br>Po Box 86<br>Minneapolis, MN 55486-0086 | | | | | | $9,783.66 |
| 14  Travis County<br>Tax Assessor Collector<br>Po Box 1748<br>Austin, TX 78767 | | | | | | $9,685.98 |
| 15  Diverse Capital<br>323 Sunny Isles Blvd Ste 503<br>Sunny Isl Bch, FL 33160-4675 | | | | | | $8,320.00 |
| 16  PaySafe<br>1209 N Orange St<br>Wilmington, DE 19801-1120 | | | | | | $6,730.82 |
| 17  Title Max<br>8505 Springdale Rd<br>Austin, TX 78754-4902 | | | | | | $6,690.34 |
| 18  ERC Specialist<br>560 E Timpanogos Cir<br>Orem, UT 84097-6225 | | | | | | $6,144.92 |
| 19  Texas Comptroller of Public Accounts<br>1711 San Jacinto Blvd<br>Austin, TX 78701-1416 | | | | | | $5,952.00 |
| 20  Zachary Istre<br>904 E 52nd St<br>Austin, TX 78751-2208 | | Contract Work | | | | $5,600.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **CTCHGC, LLC**                                    CASE NO

                                                          CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **12/23/2025**          Signature                    **/s/ Michael D. Cargill**
                                                      Michael D. Cargill, Manager

ACME Company
64 Beaver St Pmb 344
New York, NY 10004-2508


Adrian Jung
6700 Quincy Cv
Austin, TX 78739-2022


Alex Jones Bankruptcy Estate
2626 Cole Ave Ste 300
Dallas, TX 75204-1094


Ally Financial
Po Box 380902
Minneapolis, MN 55438-0902


Bank of America
Po Box 653064
Dallas, TX 75265-3064


Barron & Newburger, P.C.
7320 N Mopac Expy Ste 400
Austin, TX 78731-2347


Blue Bridge Capital LLC
570 Eastern Pkwy
Brooklyn, NY 11225-1604


Broadway Advance LLC
241 37th St Ste B432
Brooklyn, NY 11232-2417

Canon Financial
158 Gaither Dr
Mount Laurel, NJ 08054-1716


Canon Financial
158 Gaither Dr Suite 200
Mount Laurel, NJ 08054-1716


City of Austin Alarm Division
Po Box 1088
Austin, TX 78767-1088


Diverse Capital
323 Sunny Isles Blvd Ste 503
Sunny Isl Bch, FL 33160-4675


Elavon ASA 12-2291
SDS 12-2291
Po Box 86
Minneapolis, MN 55486-0086


ERC Specialist
560 E Timpanogos Cir
Orem, UT 84097-6225


Lisa Fancher
402 W 7th St
Austin, TX 78701-2808


Grenke GC Leasing AZ LLC
3200 E Camelback Rd Ste 253
Phoenix, AZ 85018-2327

Internal Revenue Service
Centralized Insolvency Office
Po Box 7346
Philadelphia, PA 19101-7346


Iterum Financial
6015 Washington St Fl 2
Hollywood, FL 33023-1316


Kash Advance
111 Greator Neck Road Suite 300
Great Neck, NY 11021


Michael D. Cargill
10701 Claywood Dr
Austin, TX 78753-3509


Parks
P.O. Box 22678
Carrollton, TX 75011


Parks Coffee
Po Box 110209
Carrollton, TX 75011-0209


PaySafe
1209 N Orange St
Wilmington, DE 19801-1120


Prosperity Bank
80 Sugar Creek Center Blvd
Sugar Land, TX 77478-3542

Quill Corporation
P.O. Box 37600
Wilmington, DE 19801

ROC Funding Group
1457 Richmond Rd
Staten Island, NY 10304-2309

SBA
Little Rock Comm Loan Serv
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

SBC Ben White LP
TIG Real Estate Services, Inc.
901 S Mopac Expy Bldg 4
Austin, TX 78746-6059

Spectrum
1600 Dublin Rd
Columbus, OH 43215

Speedy Funding
185 Carrier St
Liberty, NY 12754-2124

Streusand, Landon, Ozburn &
Lemmon, LLP
1801 S Mopac Expy Ste 320
Austin, TX 78746-9817

Tagua Gunleather
2047 Nw 24th Ave
Miami, FL 33142-7237

Tech Locally LLC
9901 Brodie Ln Ste 160-761
Austin, TX 78748-5803


Texas Comptroller of Public
Accounts
1711 San Jacinto Blvd
Austin, TX 78701-1416


Title Max
8505 Springdale Rd
Austin, TX 78754-4902


T-Mobile
Po Box 629025
El Dorado Hls, CA 95762-9025


Travis County
Tax Assessor Collector
Po Box 1748
Austin, TX 78767


TX Workforce Commission
OAG - BK Collections
Po Box 12548, MC008
Austin, TX 78711-2548


US Attorney General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530


Civ Pro US Attorney
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

Zachary Istre
904 E 52nd St
Austin, TX 78751-2208

| Fill in this information to identify the case: |
| --- |
| Debtor name      **CTCHGC, LLC** |
| United States Bankruptcy Court for the:      **Western District of Texas** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/23/2025**      **X** /s/ Michael D. Cargill
     MM/ DD/ YYYY       Signature of individual signing on behalf of debtor

                                **Michael D. Cargill**
                                Printed name

                                **Manager**
                                Position or relationship to debtor