## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CTCHGC, LLC, d/b/a Central Texas Gun | § | **LEAD CASE NO. 25-12029** |
| Works, Centex Guns, and CTGW, and | § | |
| | § | **SECOND CASE NO. 25-12030** |
| MICHAEL D. CARGILL, | § | |
| | § | **CHAPTER 11** |
| DEBTORS. | § | **(SUBCHAPTER V)** |
| | § | **Jointly Administered** |
| | § | **Under Case No. 25-12030** |

### REQUEST FOR EMERGENCY
### CONSIDERATION OF CERTAIN "FIRST DAY" MATTERS

On December 23, 2025, CTCHGC, LLC and Michael D. Cargill filed petitions for relief under Chapter 11 of the Bankruptcy Code. The debtor needs emergency consideration of the following initial case matters (check those that apply*):

___X__ JOINT MOTION FOR JOINT ADMINISTRATION

_____ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND
        STATEMENT OF FINANCIAL AFFAIRS

_____ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH
        MANAGEMENT, ATTACHING NOTICE OF CONFERENCE WITH U.S. TRUSTEE

_____ MOTION TO PAY PRE-PETITION WAGES, SALARIES, ET AL.

__X___ MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH
        COLLATERAL

_____ MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER
        PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY
        CODE 54

_____ MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1)
        DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY

SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM

DISCONTINUING, ALTERING, OR REFUSING SERVICE

_____ MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES

_____ MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS

_____ MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF

CERTAIN CRITICAL VENDORS

__X__ OTHERS (LIST):

_____Motion for Turnover_____

_____Motion for Payment of Pre-Petition Wages_____

_____Motion to Extend Automatic Stay_____

_____

Dated: December 23, 2025

Respectfully submitted,
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Telephone: (512) 476-9103

By:      */s/ Stephen W. Sather ___*
Stephen W. Sather
State Bar No. 17657520
*Counsel for Debtor*

* NOTE: The Court expects the parties to exercise judgment regarding which motions are applicable.

### **CERTIFICATE OF SERVICE**

Please take notice that on December 23, 2025, a true and correct copy of the foregoing document was served upon the parties listed below via the Court's CM/ECF noticing system to all parties registered to receive such notice or by First class US mail, postage prepaid, and properly addressed to all parties on the attached service list.

*/s/ Stephen W. Sather ___*
Stephen W. Sather