| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-12030-smr<br>Western District of Texas<br>Austin<br>Tue Dec 23 13:02:20 CST 2025 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | ACME Company<br>64 Beaver St Pmb 344<br>New York, NY 10004-2508 |
| Barron & Newburger, P.C.<br>7320 N. MoPac Expressway 400<br>Austin, TX 78731-2347 | Bernard Chapa<br>10701 Claywood Dr<br>Austin, TX 78753-3509 | Bernardo Chapa<br>10701 Claywood Dr<br>Austin, TX 78753-3509 |
| Broadway Advance LLC<br>241 37th St Ste B432<br>Brooklyn, NY 11232-2417 | CHTD Company<br>Po Box 2576<br>Springfield, IL 62708-2576 | CTCHGC, LLC<br>321 W Ben White Blvd Ste 203<br>Austin, TX 78704-7087 |
| Capital Credit Union<br>11920 Alterra Pkwy Ste 136<br>Austin, TX 78758-1116 | CapitalOne Bank NA<br>Po Box 85617<br>Richmond, VA 23285-5617 | Care Credit<br>Po Box 71770<br>Philadelphia, PA 19176-2770 |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank<br>Po Box 71242<br>Charlotte, NC 28272-1242 | Iterum Financial<br>6015 Washington St Fl 2<br>Hollywood, FL 33023-1346 |
| Legal Shield<br>1 Prepaid Way<br>Ada, OK 74820-5813 | Lisa Fancher<br>Fritz Byrne, PLLC<br>402 W 7th St<br>Austin, TX 78701-2808 | Progressive<br>Po Box 6807<br>Cleveland, OH 44101-1807 |
| Prosperity Bank<br>80 Sugar Creek Center Blvd<br>Sugar Land, TX 77478-3542 | Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S Mopac Expy Ste 320<br>Austin, TX 78746-9817 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| The Avanza Group, LLC<br>3974 Amboy Rd Ste 306<br>Staten Island, NY 10308-2414 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WorldMark Wyndham<br>6277 Sea Harbor Dr<br>Orlando, FL 32821-8043 |
| Wyndham Rewards<br>Po Box 8826<br>Wilmington, DE 19899-8826 | Michael D. Cargill<br>10701 Claywood Dr<br>Austin, TX 78753-3509 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
Po Box 629025
El Dorado Hls, CA 95762-9025

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(d)Capital Credit Union
11920 Alterra Pkwy Ste 136
Austin, TX 78758-1116

End of Label Matrix
Mailable recipients    26
Bypassed recipients    1
Total    27