| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-12029-smr<br>Western District of Texas<br>Austin<br>Tue Dec 23 13:01:48 CST 2025 | CTCHGC, LLC<br>321 W Ben White Blvd Ste 203<br>Austin, TX 78704-7087 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ACME Company<br>64 Beaver St Pmb 344<br>New York, NY 10004-2508 | Adrian Jung<br>6700 Quincy Cv<br>Austin, TX 78739-2022 | Alex Jones Bankruptcy Estate<br>2626 Cole Ave Ste 300<br>Dallas, TX 75204-1094 |
| Ally Financial<br>Po Box 380902<br>Minneapolis, MN 55438-0902 | Bank of America<br>Po Box 653064<br>Dallas, TX 75265-3064 | Barron & Newburger, P.C.<br>7320 N Mopac Expy Ste 400<br>Austin, TX 78731-2347 |
| (p)BLUE BRIDGE CAPITAL LLC<br>ATTN MARK WORCH<br>1231 EAST 35TH ST<br>BROOKLYN NY 11210-4821 | Broadway Advance LLC<br>241 37th St Ste B432<br>Brooklyn, NY 11232-2417 | Canon Financial<br>158 Gaither Dr<br>Mount Laurel, NJ 08054-1716 |
| Canon Financial<br>158 Gaither Dr Suite 200<br>Mount Laurel, NJ 08054-1716 | City of Austin Alarm Division<br>Po Box 1088<br>Austin, TX 78767-1088 | Civ Pro US Attorney<br>601 Nw Loop 410 Ste 600<br>San Antonio, TX 78216-5597 |
| Diverse Capital<br>323 Sunny Isles Blvd Ste 503<br>Sunny Isl Bch, FL 33160-4675 | ERC Specialist<br>560 E Timpanogos Cir<br>Orem, UT 84097-6225 | Elavon ASA 12-2291<br>SDS 12-2291<br>Po Box 86<br>Minneapolis, MN 55486-0086 |
| Grenke GC Leasing AZ LLC<br>3200 E Camelback Rd Ste 253<br>Phoenix, AZ 85018-2327 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Iterum Financial<br>6015 Washington St Fl 2<br>Hollywood, FL 33023-1346 |
| Kash Advance<br>111 Greator Neck Road Suite 300<br>Great Neck, NY 11021-5403 | Lisa Fancher<br>402 W 7th St<br>Austin, TX 78701-2808 | Michael D. Cargill<br>10701 Claywood Dr<br>Austin, TX 78753-3509 |
| Parks<br>P.O. Box 22678<br>Carrollton, TX 75011 | Parks Coffee<br>Po Box 110209<br>Carrollton, TX 75011-0209 | PaySafe<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| Prosperity Bank<br>80 Sugar Creek Center Blvd<br>Sugar Land, TX 77478-3542 | Quill Corporation<br>P.O. Box 37600<br>Wilmington, DE 19801 | (p)ROC FUNDING GROUP<br>1457 RICHMOND ROAD<br>STATEN ISLAND NY 10304-2309 |

```
SBA                                    SBC Ben White LP                              Spectrum
Little Rock Comm Loan Serv             TIG Real Estate Services, Inc.                1600 Dublin Rd
Center 2120 Riverfront Drive Suite 100 901 S Mopac Expy Bldg 4                       Columbus, OH 43215-2098
Little Rock, AR 72202-1794             Austin, TX 78746-6059


Speedy Funding                         Streusand, Landon, Ozburn & Lemmon, LLP       (p)T MOBILE
185 Carrier St                         1801 S Mopac Expy Ste 320                     C O AMERICAN INFOSOURCE LP
Liberty, NY 12754-2124                 Austin, TX 78746-9817                         4515 N SANTA FE AVE
                                                                                     OKLAHOMA CITY OK 73118-7901


TX Workforce Commission                Tagua Gunleather                              Tech Locally LLC
OAG - BK Collections                   2047 Nw 24th Ave                              9901 Brodie Ln Ste 160-761
Po Box 12548, MC008                    Miami, FL 33142-7237                          Austin, TX 78748-5803
Austin, TX 78711-2548


Texas Comptroller of Public Accounts   Title Max                                     Travis County
1711 San Jacinto Blvd                  8505 Springdale Rd                            Tax Assessor Collector
Austin, TX 78701-1416                  Austin, TX 78754-4902                         Po Box 1748
                                                                                     Austin, TX 78767-1748


US Attorney General                    United States Trustee - AU12                  Zachary Istre
Dept. of Justice                       United States Trustee                         904 E 52nd St
950 Pennsylvania Ave. NW               903 San Jacinto Blvd, Suite 230               Austin, TX 78751-2208
Washington, DC 20530-0009              Austin, TX 78701-2450


Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Blue Bridge Capital LLC                ROC Funding Group                             T-Mobile
570 Eastern Pkwy                       1457 Richmond Rd                              Po Box 629025
Brooklyn, NY 11225-1604                Staten Island, NY 10304-2309                  El Dorado Hls, CA 95762-9025
```

End of Label Matrix
Mailable recipients    45
Bypassed recipients     0
Total                  45