UNITED STATES BANKRUPTCY CUIRT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CTCHGC, LLC, d/b/a Central Texas Gun Works, Centex Guns, and CTGW, and | § § § | LEAD CASE NO. 25-12029 |
| | § | SECOND CASE NO. 25-12030 |
| MICHAEL D. CARGILL, | § § | |
| | § | CHAPTER 11 |
| DEBTORS. | § § § § | (SUBCHAPTER V) Jointly Administered Under Case No. 25-12029 |

**DEBTOR'S NOTICE OF FILING UNAIMOUS CONSENT**

Attached please find the Unanimous Consent Authorizing the bankruptcy filing.

Dated: December 23, 2025

Respectfully Submitted,
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy, Suite 400
Austin, Texas 78731
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

By:   /s/ Stephen W. Sather
          Stephen W. Sather
          State Bar No. 17657520
*Proposed Counsel for the Debtor*


    Sather
          Stephen Sather