## UNANIMOUS CONSENT

The undersigned, being all of the members of CTCGHC, LLC does hereby adopt the following unanimous consent:

1. CTCHGC, LLC is hereby authorized to file a petition under SubChapter V of Chapter 11 in the United States Bankruptcy Court for the Western District of Texas.
2. CTCHGC, LLC is authorized to employ Barron & Newburger, P.C. as its counsel.
3. Michael Cargill is authorized to file all documents in connection with the bankruptcy case.

Dated: December 23, 2025

_____
Michael Cargill