# Balance Sheet
CTGW ORG
As of November 30, 2025

| Distribution account | Total |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| cash | -263.51 |
| CCU 6204 Checking 08 | 429,854.43 |
| CCU 6204 Checking 09 | -376,928.01 |
| CCU 6240S(0000) | -2,895.00 |
| CCU 6240 xxS008 | -58,925.96 |
| CCU 9715 Checking (0008) | -13,544.40 |
| CCU 9715 S (0000) | -746.99 |
| CCU Checking (6204) - 10 | 445,390.55 |
| CCU S 6204-0000 | 27,384.54 |
| CCU SHARE (9715) - 00 | -3.99 |
| CCU SHARE (9721) - 00 | 5.00 |
| In and Out | -7,549.07 |
| Vista Checking 9216 | -26,393.52 |
| Wells Fargo | -34.51 |
| **Total for Bank Accounts** | **$415,349.56** |
| Other Current Assets | |
| Inventory Asset | $729,572.03 |
| Purchases | 220,964.57 |
| Shop | 63,799.27 |
| **Total for Inventory Asset** | **$1,014,335.87** |
| **Total for Other Current Assets** | **$1,014,335.87** |
| **Total for Current Assets** | **$1,429,685.43** |
| **Total for Assets** | **$1,429,685.43** |
| **Liabilities and Equity** | |
| Liabilities | |

Cash Basis  Tuesday, December 23, 2025 08:58 AM GMT-06:00

# Balance Sheet
CTGW ORG
As of November 30, 2025

| Distribution account | Total |
|---|---:|
| Current Liabilities | |
|   Credit Cards | |
|     Capital One | -44,904.65 |
|     CCU Auto Loan 6240 (0002) | 85,452.75 |
|     CCU Visa Platinum 6240-L0030 | -$68,108.46 |
|       Credit Card Late Fee | -425.00 |
|       Fees | -813.40 |
|     Total for CCU Visa Platinum 6240-L0030 | -$69,346.86 |
|     PayPal | -8,622.94 |

Cash Basis Tuesday, December 23, 2025 08:58 AM GMT-06:00

# Balance Sheet
CTGW ORG
As of November 30, 2025

| Distribution account | Total |
|---|---|
| **Total for Credit Cards** | **-$37,421.70** |
| Other Current Liabilities | |
|   Deferred Revenue | -41,028.17 |
| **Total for Other Current Liabilities** | **-$41,028.17** |
| **Total for Current Liabilities** | **-$78,449.87** |
| Long-term Liabilities | |
|   ACH Roc Funding | -272,012.16 |
|   Advanza Capital | -39,464.12 |
|   Blue Ridge Capital Co | -23,003.22 |
|   Broadway Advance LLC | -26,704.46 |
|   CCU CADI Loan xx6240 0002 | 109,240.18 |
|   CCU GMC Loan xx6240 0001 | -15,412.40 |
|   Diverse Capital Co. | -66,788.00 |
|   Kash Capital Co. | -70,804.23 |
|   Mantis Funding | -28,015.50 |
|   MCA Recovery | -7,000.00 |
|   SBAD Treasury | 213,108.28 |
|   Speedy Funding | -75,503.00 |
|   T-Max | -18,862.69 |
|   Velocity Group USA | -280,217.60 |
| **Total for Long-term Liabilities** | **-$601,438.92** |
| **Total for Liabilities** | **-$679,888.79** |
| Equity | |
|   Opening Balance Equity | -223,698.61 |
|   Owners Draw | -$61,139.70 |
|     IRS | -15,414.27 |
|     Medical Insurance | -3,936.48 |
| **Total for Owners Draw** | **-$80,490.45** |

Cash Basis  Tuesday, December 23, 2025 08:58 AM GMT-06:00

## Balance Sheet
CTGW ORG
As of November 30, 2025

| Distribution account | Total |
|---|---|
| Retained Earnings | 2,318,087.58 |
| Net Income | 95,675.70 |
| **Total for Equity** | **$2,109,574.22** |
| **Total for Liabilities and Equity** | **$1,429,685.43** |

*4/4*

Cash Basis Tuesday, December 23, 2025 08:58 AM GMT-06:00