# Profit and Loss
CTGW ORG
January-November, 2025

| Distribution account | Total |
|---|---|
| **Income** | |
| Billable Expense Income | -556.15 |
| IDEMIA | 8,138.00 |
| Sales of Product Income | $5,806.75 |
|   American Express CC Deposits | 1,018.21 |
|   Credit Card Sales Settlement Deposits | 107,782.84 |
| **Total for Sales of Product Income** | **$114,607.80** |
| Services | 80,547.95 |
| Uncategorized Income | 1,109.00 |
| **Total for Income** | **$203,846.60** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
|   Classroom Meals | 1,376.34 |
| **Total for Cost of Goods Sold** | **$1,376.34** |
| Shipping | 1,855.40 |
| **Total for Cost of Goods Sold** | **$3,231.74** |
| **Gross Profit** | **$200,614.86** |
| **Expenses** | |
| Advertising / Promo | |
|   Google | 424.73 |
|   SXMS Radio | 189.86 |
| **Total for Advertising / Promo** | **$614.59** |
| Auto | |
|   Auto Maintenance | 519.14 |
|   Auto Tags & Lic | 382.25 |
|   Auto Tech | 63.98 |
|   Commercial Auto Coverage | 1,889.70 |
|   Fuel  Company Vehicles | 923.99 |

Cash Basis  Tuesday, December 23, 2025 08:56 AM GMT-06:00

# Profit and Loss
CTGW ORG
January-November, 2025

| Distribution account | Total |
|---|---:|
| Tx Tag Tolls | 300.00 |
| Vehicle Tech | 121.50 |
| **Total for Auto** | **$4,200.56** |
| Bank Charges | $166.90 |
| Credit Card Payment Processing Fees | 1,319.54 |
| NSF | 997.00 |
| Payment Processing Fees | 384.45 |
| **Total for Bank Charges** | **$2,867.89** |

# Profit and Loss

CTGW ORG
January-November, 2025

| Distribution account | Total |
|---|---:|
| Charitable Contributions | 60.10 |
| Company Insurance (deleted) | 468.30 |
| Dues & Subscriptions | $189.10 |
|   ACW Solutions | 551.58 |
|   Cloudflare | 73.08 |
|   Go Gearfire Website Service | 425.00 |
|   QB Online | 470.27 |
|   Security & Monitoring | 569.23 |
|   TXDPS LTC | 298.25 |
|   Vend POS System | 376.20 |
|   Website Services | 79.00 |
| **Total for Dues & Subscriptions** | **$3,031.71** |
| Employee Medical Expenses | $1,005.00 |
|   Medical Supplies | 164.98 |
| **Total for Employee Medical Expenses** | **$1,169.98** |
| Internet / Fax (deleted) | 694.20 |
| Lease / Rent of Buildings | |
|   SBC Leasing Location | 9,700.65 |
| **Total for Lease / Rent of Buildings** | **$9,700.65** |
| Legal & Prof | $2,197.77 |
|   ATF Online Service | 200.50 |
| **Total for Legal & Prof** | **$2,398.27** |
| Meals | 90.23 |
| Merchants | 23,385.38 |
| Office / General Admin Expen | $2,209.89 |
|   Office Supplies | 1,779.33 |
| **Total for Office / General Admin Expen** | **$3,989.22** |
| Payroll | |

Cash Basis  Tuesday, December 23, 2025 08:56 AM GMT-06:00

# Profit and Loss

CTGW ORG

January-November, 2025

| Distribution account | Total |
|---|---|
| Gusto Payroll | 3,116.19 |
| Gusto Payroll Fees | 135.39 |
| Payroll | 28,694.76 |
| **Total for Payroll** | **$31,946.34** |
| Sales Tax Payments | 500.00 |
| Shop Supplies | 3,803.02 |

Cash Basis  Tuesday, December 23, 2025 08:56 AM GMT-06:00

# Profit and Loss
CTGW ORG
January-November, 2025

| Distribution account | Total |
|---|---:|
| Travel Expenses | $248.00 |
|   Air/Car/Train | 3,020.85 |
|   Travel Lodging | 1,872.20 |
|   Travel Meals | 91.36 |
| **Total for Travel Expenses** | **$5,232.41** |
| Uncategorized Expense | 334.50 |
| Utilities | |
|   Communications | |
|     Phone / Fax / Cell | $1,053.02 |
|      AT&T | 105.35 |
|      T-Mobile | 4,056.76 |
|      Twilio | 35.02 |
| **Total for Phone / Fax / Cell** | **$5,250.15** |
| **Total for Communications** | **$5,250.15** |
|   Electricity / Gas Service | 315.71 |
|   Security & Monitoring | $1,575.36 |
|     Alarm Security Officer | 1,755.91 |
|     Ring | 705.52 |
| **Total for Security & Monitoring** | **$4,036.79** |
| **Total for Utilities** | **$9,602.65** |
| **Total for Expenses** | **$104,090.00** |
| **Net Operating Income** | **$96,524.86** |
| Other Expenses | |
|   Business Insurance | 681.42 |
|   Client Gifts | 167.74 |
| **Total for Other Expenses** | **$849.16** |
| **Net Other Income** | **-$849.16** |
| **Net Income** | **$95,675.70** |

Cash Basis  Tuesday, December 23, 2025 08:56 AM GMT-06:00

# Profit and Loss
CTGW ORG
January-November, 2025