# UNITED STATES BANKRUPTCY CUIRT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CTCHGC, LLC, d/b/a Central Texas Gun | § | LEAD CASE NO. 25-12029 |
| Works, Centex Guns, and CTGW, and | § | |
| | § | SECOND CASE NO. 25-12030 |
| MICHAEL D. CARGILL, | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | (SUBCHAPTER V) |
| | § | Jointly Administered |
| | § | Under Case No. 25-12029 |

## DEBTOR'S MOTION FOR EXPEDITED HEARING ON
## AMENDED EMERGENCY MOTION FOR USE OF CASH COLLATERAL

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The above-referenced debtor (the "Debtor") files this ***Motion for Expeidted Hearing on Amended Emergency Motion for Use of Cash Collateral*** ("Motion") and in support would respectfully show the Court as follows:

1. Motion to be expedited: Amended Motion for Use of Cash Collateral

2. Reason for expedited hearing: Payroll is due on January 9, 2026. Employees won't get paid if the court doesn't authorize use of cash collateral.

3. Date when hearing needed: Immediately.

4. Date when parties are available: The Court appears to have availability on January 12 and 13, 2026.

5. Certificate of Conference: On January 13, 2026, I conferred with Lisa Fancher, Eric Terry and Shane Tobin. I spoke with Mr. Terry by phone. Mr. Terry encouraged the Debtor to seek an expedited hearing. I spoke with Ms. Fancher and Mr. Tobin by email. Ms. Fancher stated that she did not oppose an expedited hearing. I did not hearing from Mr. Tobin.

{SIGNATURE ON FOLLOWING PAGE}

Respectfully Submitted,
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy, Suite 400
Austin, Texas 78731
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

By: */s/ Stephen W. Sather*
    Stephen W. Sather
    State Bar No. 17657520
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I certify that, on January 9, 2026, a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, or by the Court's CM/ECF noticing system to all parties registered to receive such notice, served on all parties listed on the attached Service List.

*/s/ Stephen Sather*
Stephen Sather