**UNITED STATES BANKRUPTCY CUIRT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CTCHGC, LLC, d/b/a Central Texas Gun | § | LEAD CASE NO. 25-12029 |
| Works, Centex Guns, and CTGW, and | § | |
| | § | SECOND CASE NO. 25-12030 |
| MICHAEL D. CARGILL, | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | (SUBCHAPTER V) |
| | § | Jointly Administered |
| | § | Under Case No. 25-12029 |

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON AMENDED EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

CAME ON TO BE CONSIDERED Debtor's Motion for Expedited Hearing. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court will conduct an expedited hearing on Debtor's Amended Motion for Use of Cash Collateral on the date and time set forth above. Debtor shall be responsible for notice.

### #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731