# AMENDED WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS | |
| Lead Case 25-12029<br>Second Case 25-12030<br>Jointly Administered under case 25-12029 | |
| CTCHGC, LLC, d/b/a Central Texas Gun Works, Centex Guns, and CTGW, and<br><br>Michael D. Cargill, | JUDGE: Shad M Robinson |
| | COURTROOM STAFF:<br>Juliana Steward, Term Law Clerk<br>Shanaya Kassam, Term Law Clerk<br>Jennifer Lopez, Courtroom Deputy |
| WITNESSES:<br>Michael D. Cargill | DATE: January 29, 2026 at 01:30 PM |
| | PARTY'S NAME: Debtor |
| | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| | NATURE OF PROCEEDINGS:<br>Amended Motion to use Cash Collateral (ECF No. 30) |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Proposed Budget | | | | |
| 2 | ATT Onstar Van | | | | |
| 3 | ATT Data Payment Van | | | | |
| 4 | Ally Financial | | | | |
| 5 | Austin Energy | | | | |
| 6 | Brinks | | | | |
| 7 | Tech Locally | | | | |
| 8 | Camera Lease | | | | |
| 9 | Gearfire | | | | |
| 10 | Fastbound | | | | |
| 11 | Google | | | | |
| 12 | Gusto | | | | |
| 13 | Grenke | | | | |
| 14 | Lightspeed | | | | |
| 15 | Gun Range Lease | | | | |
| 16 | Lockton Instructor Insurance Payment | | | | |

| 17 | Office Rent | | | | |
|---|---|---|---|---|---|
| 18 | Locton Business Insurance | | | | |
| 19 | Quickbooks | | | | |
| 20 | Tmobile | | | | |
| 21 | Pacific Office Automation | | | | |
| 22 | Ring | | | | |
| 23 | Twilio | | | | |
| 24 | Vehicle Insurance | | | | |
| 25 | | | | | |
| 26 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Tel:(512) 476-9103 / Fax: (512) 476-9253

By:   */s/ Stephen W. Sather*
      Stephen W. Sather
      SBN 17657520
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that, on January 26, 2026, a true and correct copy of the foregoing List was served by CM/ECF to all persons registered to receive such service.

*/s/Stephen W. Sather*
Stephen W. Sather