| Date | 12/22/2025 Actual | 12/29/2025 | 1/5/2026 | 1/12/2026 | 1/19/2026 | 1/26/2026 |
|---|---|---|---|---|---|---|
| Start Cash Balance | 8847.33 | 4073.88 | 9002.19 | 17635.38 | 35063.88 | 25425.78 |
| US Law Shield | 0.00 | | | 8400.00 | | |
| *IdenToGo* | 0.00 | | 12000.00 | 12000.00 | | 8500.00 |
| Retail Sales | 6526.27 | 6103.24 | 13211.06 | 11260.00 | 11260.00 | 11260.00 |
| Classes | 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 |
| Sales Tax | 0.00 | | | | -3686.66 | |
| Subchapter V trustee Fees | 0.00 | | | | -1500.00 | |
| Store Rent | 0.00 | | -4579.44 | | | |
| Gun Range Lease | -300.00 | -300.00 | -300.00 | -300.00 | -300.00 | -300.00 |
| Payroll (Wages/Taxes) | -8951.85 | | -8951.85 | -5000 | -8951.85 | |
| Gusto Fees | | -148.17 | | | | |
| Contractor Payments | | -600.00 | | -1200.00 | | -1200.00 |
| Inventory | | -611.35 | -2701.44 | -7697.00 | -4700.00 | -4700.00 |
| Lockton Affinity Instructor | -$25.00 | | | | | -$25.00 |
| IPFS | | -$474.69 | | | | |
| Champlain Specialty Ins / Private Secutiry | | | -$63.07 | | | |
| Brinks Secuity | | -87.01 | | | 0.00 | -87.01 |
| Pacific Office Printer | -$804.95 | | | | -$804.95 | |
| Pacific Office Meter | -$24.64 | | | | -$24.64 | |
| Pacific Lic Camera Fee | | -53.52 | | | | |
| Grenke | | -$1,032.75 | | | | |
| AI | -$90.86 | | | | | -$90.86 |
| Ring - security camera | -21.64 | | | | -21.64 | |
| At&t | | | | -$95.08 | | |
| Cannon Camera Lease | -1138.46 | | | | -1138.46 | |
| Bristol West-Auto Ins | | | -$631.81 | | | |
| Ally Financial- van | | | | -715.42 | | 0.00 |
| Fuel | -41.50 | -75.03 | -64.00 | -100.00 | -100.00 | -100.00 |
| Toll | -60.00 | | | -60.00 | | |
| Austin Energy | -461.22 | | | | -461.22 | |
| Spectrum | -199.24 | | | | -199.24 | -60.00 |
| T-Mobile | -740.00 | | -736.26 | | | |
| Twilio - Phone secure | | -31.62 | | | | |
| Gunsmithing | | | -625.00 | -625.00 | -625.00 | -625.00 |
| Education Classes for permits | -129.86 | | | | | -1500.00 |
| Class Supplies | -252.06 | -31.37 | -275.00 | -275.00 | -275.00 | -275.00 |
| Shippo - orders we ship to customers | 0.00 | -192.63 | -140.00 | -140.00 | -140.00 | -140.00 |
| POS register program - lightspeed | -$179.08 | | | | -$179.08 | |
| Fast Bound FBI | -$89.00 | | | -$89.00 | $0.00 | |
| Google - website | | -$26.79 | | | | -$26.79 |
| Gearfire - website | | | | -$425.00 | | |
| TechLocally | | | | | | -$426.40 |
| Quickbooks - Intuit | -$280.36 | | | | -$280.36 | |
| Prosperity Adequate Protection | | | | | | |
| | | | | | | |
| Ending Cash Balance | $4,073.88 | $9,002.19 | $17,635.38 | $35,063.88 | $25,425.78 | $38,119.72 |

| 2/2/2026 | 2/9/2026 | 2/16/2026 | 2/23/2026 | 3/2/2026 | 3/9/2026 | 3/16/2026 | 3/23/2026 |
|---|---|---|---|---|---|---|---|
| 38119.72 | 28918.03 | 31373.96 | 17549.34 | 36885.29 | 32771.59 | 43369.73 | 37597.13 |
|  | 5500.00 |  |  |  | 5500.00 |  |  |
|  |  |  | 8500.00 |  |  |  | 8500.00 |
| 11260.00 | 11260.00 | 11260.00 | 11260.00 | 11260.00 | 11260.00 | 11260.00 | 11260.00 |
| 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 | 2490.00 |
|  |  | -3686.66 |  |  |  | -3686.66 |  |
|  |  | -1500.00 |  |  |  | -1500.00 |  |
| -4351.02 |  |  |  | -4351.02 |  |  |  |
| -300.00 | -300.00 | -300.00 | -300.00 | -300.00 | -300.00 | -300.00 | -300.00 |
| -8951.85 | -5000.00 | -8951.85 |  | -8951.85 | -5000.00 | -8951.85 |  |
| -148.17 |  |  |  | -148.17 |  |  |  |
|  | -1200.00 |  | -1200.00 |  | -1200.00 |  | -1200.00 |
| -4700.00 | -7697.00 | -7697.00 |  |  |  |  |  |
|  |  |  | -$25.00 |  |  |  | -$25.00 |
| -$474.69 |  |  |  | -$474.69 |  |  | -$474.69 |
| -$63.07 |  |  |  | -$63.07 |  |  |  |
|  |  |  |  | -87.01 |  |  | -87.01 |
|  |  | -$804.95 |  |  |  | -$804.95 |  |
|  |  | -$24.64 |  |  |  | -$24.64 |  |
| -53.52 |  |  |  | -53.52 |  | -53.52 |  |
| -$1,032.75 |  |  |  | -$1,032.75 |  |  |  |
|  |  |  | -$90.86 |  |  |  | -$90.86 |
|  |  | -21.64 |  |  |  | -21.64 |  |
|  |  | -$95.08 |  |  |  | -$95.08 |  |
|  |  | -1138.46 |  |  |  | -1138.46 |  |
|  | -$631.81 |  |  | -$631.81 |  |  |  |
|  | 0.00 | -715.42 | 0.00 |  |  | -715.42 | 0.00 |
| -100.00 | -100.00 | -100.00 | -100.00 | -100.00 | -100.00 | -100.00 | -100.00 |
| -60.00 |  |  | -60.00 |  |  | -60.00 |  |
|  |  | -415.24 |  |  |  | -415.22 |  |
|  |  | -199.24 | -60.00 |  |  | -199.24 | -60.00 |
|  | -736.26 |  |  | -706.05 |  |  |  |
| -31.62 |  |  |  | -31.62 |  |  |  |
| -625.00 | -625.00 | -625.00 | -625.00 | -625.00 | -625.00 | -625.00 | -625.00 |
| -275.00 | -275.00 | -275.00 |  |  |  |  |  |
| -140.00 | -140.00 | -140.00 |  |  |  |  |  |
|  |  | -$179.08 |  |  |  | -$179.08 |  |
|  | -$89.00 |  |  |  | -$89.00 |  |  |
|  |  |  | -$26.79 |  |  |  | -$26.79 |
|  |  | -$425.00 |  |  |  | -$425.00 |  |
|  |  |  | -$426.40 |  |  |  | -$426.40 |
|  |  | -$280.36 |  |  |  | -$280.36 |  |
| -$1,645.00 |  |  |  | -$1,645.00 |  |  |  |
| $28,918.03 | $31,373.96 | $17,549.34 | $36,885.29 | $32,771.59 | $43,369.73 | $37,597.13 | $56,377.86 |

| 4/6/2026 | 4/13/2026 |
|---|---|
| 56377.86 | 57041.52 |
| 5500.00 | |
| 11260.00 | 11260.00 |
| 2490.00 | 2490.00 |
| -4351.02 | |
| -300.00 | -300.00 |
| -8951.85 | -5000.00 |
| -148.17 | |
| | -1200.00 |
| -$63.07 | |
| -$1,032.75 | |
| | -$95.08 |
| | -1138.46 |
| -$631.81 | |
| -100.00 | -100.00 |
| | -60.00 |
| | -199.24 |
| -706.05 | |
| -31.62 | |
| -625.00 | -625.00 |
| | -$179.08 |
| | -$89.00 |
| | -$425.00 |
| -$1,645.00 | |
| $57,041.52 | $61,380.66 |