

Intuit Inc.
2800 E. Commerce Center Place
Tucson, AZ 85706

# Invoice

**Invoice number:** 10001452315150
**Total:** $280.36
**Date:** Dec 19, 2025
**Payment method:** VISA ending 6597
**Payment authorization code:** 033271

### Bill to

Geoffrey Fields
CTGW
321 W Ben White Blvd|Ste 203
Austin, TX 78704-7087
US
Address may be standardized for tax purposes
**Company ID:** 1445287690

### Payment details

| Item | Qty | Unit price | Amount |
|---|---|---|---|
| **QuickBooks Time Premium** | 1 | $20.00 | $20.00 |
| Sales tax - Standard: | | | $1.32 |
| Total for this item: | | | $21.32 |
| **QuickBooks Time Premium Per-User Fee for 1 User** | | | |
| **16 at $8.00 each** | 16 | $8.00 | $128.00 |
| Sales tax - Standard: | | | $8.45 |
| Total for this item: | | | $136.45 |
| **QuickBooks Online Plus** | 1 | $115.00 | $115.00 |
| Sales tax - Standard: | | | $7.59 |
| Total for this item: | | | $122.59 |
| **Total invoice:** | | | **$280.36** |

### Tax reporting information

**Period for monthly fees:** Dec 19, 2025 - Jan 19, 2026
**Total without tax:** $263.00
**Total tax:** $17.36

**Workers and admins enabled**

**In this period: 16**

Richard Powell
Armando Caballero
Lawrence Petersen
Jesus Regalado
Ramon Perez III
Adam Burnett
Aaron Swaney
Jackson Myatt
Jibril Mukarram
Sean Bigge
Reid Vinson
Adrian Ruiz
German Julbe
Colten Harris
Cody Blair
Nancy Garcia

(1) For subscriptions, your payment method on file will be automatically charged monthly/annually at the then-current list price until you cancel. If you have a discount it will apply to the then-current list price until it expires or is canceled. To cancel your subscription at any time, go to the Subscriptions and billing page and cancel the subscription. If your subscription is managed by an account manager, contact your account manager for changes to your subscription. (2) For one-time services, your payment method on file will reflect the charge in the amount referenced in this invoice. Terms, conditions, pricing, features, service, and support options are subject to change without notice.

Amounts are shown in USD. All dates and times are Pacific Standard Time (PST).