| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **CTCHGC, LLC** | |
| United States Bankruptcy Court for the: **Western** District of **Texas** (State) | |
| Case number (If known): **25-12029** | |

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital Credit Union** | **Checking account** | **6 2 0 4** | $200.00 |
| 3.2. | **Vista** | **Checking account** | **9 2 1 6** | $3,000.00 |
| 3.3. | **Capital Credit Union** | **Checking account** | **9 7 1 5** | $2,500.00 |

**4. Other cash equivalents** (Identify all)

4.1 _____
4.2 _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.　　　**$5,700.00**

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor    CTCHGC, LLC
_____    Case number *(if known)* 25-12029
          Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

---

**Part 3:**    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

11.  **Accounts receivable**

11a. 90 days old or less:    **$53,500.00** - **unknown** =..... ➡    **$53,500.00**
                             face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =..... ➡    _____
                          face amount    doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$53,500.00**

---

**Part 4:**    Investments

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

Debtor __**CTCHGC, LLC**_____     Case number *(if known)* __25-12029_____
         Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| **See Schedule of Firearm Inventory** | MM / DD / YYYY | **unknown** | | **$178,725.02** |
| 22. **Other inventory or supplies** | | | | |
| **See Attached Inventory List** | MM / DD / YYYY | **unknown** | | **$144,054.63** |

23. **Total of Part 5**                                                          **$322,779.65**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | CTCHGC, LLC | Case number *(if known)* 25-12029 |
|---|---|---|
| | Name | |

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | _____ | _____ | _____ |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor      **CTCHGC, LLC**
_____      Case number *(if known)* __25-12029__
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **See Schedule of Non-Firearm Inventory** | **$87,024.00** | | **$87,024.00** |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Printer** | **unknown** | | **$8,500.00** |
| **Security Camera Equipment** | **unknown** | | **$10,500.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$106,024.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Chevy Express /** VIN: 1GZAGPFGXK1252876 | **$0.00** | | **$55,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **CTCHGC, LLC**
_____        Case number *(if known)* **25-12029** _____
    Name

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| $55,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:     Real property**

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| _____ |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

| Debtor | CTCHGC, LLC | Case number *(if known)* | 25-12029 |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ❑ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Trademark: Central Texas Gun Works | $0.00 | | $10,000.00 |
| Trademark: CTGW | $0.00 | | $5,000.00 |
| Trademark: Come and Take It | $0.00 | | $10,000.00 |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| FFL-05901 SOT (Federal Firearm License) | $0.00 | | $1,000.00 |
| FFL-13132 SOT (Federal Firearm License) | $0.00 | | $1,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | $0.00 | | $10,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

                                                               $37,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ❑ Yes

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | 25-12029 |
|---|---|---|---|
| | Name | | |

| **Part 11:** | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

<div style="text-align:right">

**Current value of debtor's interest**

</div>

**71.** **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➡  _____
Total face amount      doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

**73.** **Interests in insurance policies or annuities**

_____     _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     _____

**Nature of claim**     _____

**Amount requested**     _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     _____

**Nature of claim**     _____

**Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

_____     _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     _____

_____     _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.     _____

| Debtor | CTCHGC, LLC | Case number *(if known)* | 25-12029 |
|---|---|---|---|
| | Name | | |

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,700.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $53,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $322,779.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $106,024.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $55,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $37,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $580,003.65 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... | | $580,003.65 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CTCHGC, LLC** |
| United States Bankruptcy Court for the: | **Western** District of **Texas** (State) |
| Case number (if known): | **25-12029** |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  Creditor's name

**ACME Company**

Creditor's mailing address

**64 Beaver St Pmb 344**

**New York, NY 10004-2508**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Capital Credit Union: **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA; For Capital Credit Union: **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA; For Vista : **1) ACME Company**; 2) Blue Bridge Capital LLC; 3) SBA

**Describe debtor's property that is subject to a lien**

Capital Credit Union, Capital Credit Union, Vista

**Describe the lien**

**Deposit accounts, account-receivables, and other receivables, and proceeds**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**   Column B: **$5,700.00**

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,716,831.68**

| Debtor | **CTCHGC, LLC** | Case number (if known) | **25-12029** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim. Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.2** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**Po Box 380902**

**Minneapolis, MN 55438-0902**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Ally Financial**; 2) Blue Bridge Capital LLC; 3) SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevy Express

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$39,609.00**        **$55,000.00**

| Debtor | **CTCHGC, LLC** | Case number (if known) | 25-12029 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**Blue Bridge Capital LLC**

Creditor's mailing address

**570 Eastern Pkwy**

**Brooklyn, NY 11225-1604**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account    **4  2  8  8**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.
        **See continuation page.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevy Express, Capital Credit Union, Capital Credit Union, Trademark: CTGW, FFL-05901 SOT (Federal Firearm License), FFL-13132 SOT (Federal Firearm License), Printer, Security Camera Equipment, Vista , See Attached Inventory List, See Schedule of Firearm Inventory, See Schedule of Non-Firearm Inventory, Trademark: Central Texas Gun Works, Trademark: Come and Take It

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| **$28,480.95** | **$516,503.65** |

| Debtor | **CTCHGC, LLC** | Case number (if known) **25-12029** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Broadway Advance LLC**

Describe debtor's property that is subject to a lien

| $29,000.00 | unknown |

**Creditor's mailing address**

**241 37th St Ste B432**

**Brooklyn, NY 11232-2417**

Describe the lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

| Debtor | CTCHGC, LLC | Case number (if known) | 25-12029 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**Canon Financial**

**Describe debtor's property that is subject to a lien**

Security Camera Equipment                                $10,500.00        $10,500.00

**Describe the lien**

Creditor's mailing address

**158 Gaither Dr**

**Mount Laurel, NJ 08054-1716**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

| Debtor | **CTCHGC, LLC** | | Case number (if known) __25-12029__ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Grenke GC Leasing AZ LLC**

**Creditor's mailing address**

**3200 E Camelback Rd Ste 253**

**Phoenix, AZ 85018-2327**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.3__

**Describe debtor's property that is subject to a lien**

Printer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$8,500.00

$8,500.00

| Debtor | CTCHGC, LLC | | Case number (if known) | 25-12029 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Iterum Financial**

**Creditor's mailing address**

**6015 Washington St Fl 2**

**Hollywood, FL 33023-1316**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$48,500.00**      **unknown**

| Debtor | **CTCHGC, LLC** | | Case number (if known) **25-12029** |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

| **2.8** Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| **Prosperity Bank** | | $264,298.28  unknown |

**Creditor's mailing address**

**80 Sugar Creek Center Blvd**

**Sugar Land, TX 77478-3542**

**Creditor's email address, if known**

_____

**Describe the lien**

**UCC-1**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**   3  7  1  1

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | CTCHGC, LLC | Case number (if known) | 25-12029 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** Creditor's name

**ROC Funding Group**

Describe debtor's property that is subject to a lien

$299,183.10          unknown

Creditor's mailing address

**1457 Richmond Rd**

**Staten Island, NY 10304-2309**

Creditor's email address, if known

Describe the lien

_____

Date debt was incurred  _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Last 4 digits of account number    6  6  8  7

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **CTCHGC, LLC** | Case number (if known) | **25-12029** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**

**SBA**

**Creditor's mailing address**

**Little Rock Comm Loan Serv**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **8  7  0  3**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3**

**Describe debtor's property that is subject to a lien**

2019 Chevy Express, Capital Credit Union, Capital Credit Union, Printer, See Schedule of Firearm Inventory, See Schedule of Non-Firearm Inventory, Vista , Security Camera Equipment, See Attached Inventory List

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$979,074.37          $489,503.65

| Debtor | **CTCHGC, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) __25-12029__

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**Travis County**

Describe debtor's property that is subject to a lien

**Amount of claim:** $9,685.98     **Value of collateral:** unknown

**Creditor's mailing address**

**Tax Assessor Collector**

**Po Box 1748**

**Austin, TX 78767**

Describe the lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **2  3  4  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| Debtor | **CTCHGC, LLC** | Case number (if known) | **25-12029** |
| | Name | | |

| Part 1: | Additional Page |
|---|---|

| 2.3 | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
|---|---|---|
| | **Blue Bridge Capital LLC** | For 2019 Chevy Express: 1) Ally Financial; **2) Blue Bridge Capital LLC**; 3) SBA; For Capital Credit Union: 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For Capital Credit Union: 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For Printer: 1) Grenke GC Leasing AZ LLC; **2) Blue Bridge Capital LLC**; 3) SBA; For Security Camera Equipment: 1) Canon Financial; **2) Blue Bridge Capital LLC**; 3) SBA; For Vista : 1) ACME Company; **2) Blue Bridge Capital LLC**; 3) SBA; For See Attached Inventory List: **1) Blue Bridge Capital LLC**; 2) SBA; For See Schedule of Firearm Inventory: **1) Blue Bridge Capital LLC**; 2) SBA; For See Schedule of Non-Firearm Inventory: **1) Blue Bridge Capital LLC**; 2) SBA |

Debtor    **CTCHGC, LLC**
_____                         Case number (if known) __25-12029__
Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| **Fritz Byrne PLLC** <br> **402 W 7th St** <br> **Austin, TX 78701-2808** | Line 2. **8** | __ __ __ __ |
| **US Attorney General** <br> **Dept. of Justice** <br> **950 Pennsylvania Ave. NW** <br> **Washington, DC 20530** | Line 2. **10** | __ __ __ __ |
| **US Attorney, Civ Pro Clerk (SBA)** <br> **601 Nw Loop 410 Ste 600** <br> **San Antonio, TX 78216-5512** | Line 2. **10** | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |
| | Line 2. ____ | __ __ __ __ |

---

| Fill in this information to identify the case: |
|---|

Debtor name      **CTCHGC, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known):      **25-12029**

☑ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Office**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim:** $3,685.54

**Priority amount:** unknown

---

**2.2**   Priority creditor's name and mailing address

**Texas Comptroller of Public
Accounts**

**1711 San Jacinto Blvd**

**Austin, TX 78701-1416**

Date or dates debt was incurred

_____

Last 4 digits of account
number **2 3 4 4**

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim:** $23,076.94

**Priority amount:** $23,076.94

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.3**

| | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $5,952.00    $5,952.00 |
| **Texas Comptroller of Public Accounts** | *Check all that apply.* |
| **1711 San Jacinto Blvd** | ☐ Contingent |
| **Austin, TX 78701-1416** | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the Claim:** |
| | |
| **Last 4 digits of account** | **Is the claim subject to offset?** |
| **number** ___ ___ ___ ___ | ☑ No |
| **Specify Code subsection of PRIORITY unsecured** | ☐ Yes |
| **claim:** 11 U.S.C. § 507(a) ___ | |

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adrian Jung**

**6700 Quincy Cv**

**Austin, TX 78739-2022**

Date or dates debt was incurred    **08/01/2021**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$739,362.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Alex Jones Bankruptcy Estate**

**2626 Cole Ave Ste 300**

**Dallas, TX 75204-1094**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$35,732.79**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 653064**

**Dallas, TX 75265-3064**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3   0   2   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,513.50**

---

**3.4** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 653064**

**Dallas, TX 75265-3064**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1   7   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,813.50**

---

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Barron & Newburger, P.C.**

**7320 N Mopac Expy Ste 400**

**Austin, TX 78731-2347**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Canon Financial**

**158 Gaither Dr Suite 200**

**Mount Laurel, NJ 08054-1716**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**City of Austin Alarm Division**

**Po Box 1088**

**Austin, TX 78767-1088**

Date or dates debt was incurred _____

Last 4 digits of account number **4  0  6  4**

As of the petition filing date, the claim is: **$1,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Diverse Capital**

**323 Sunny Isles Blvd Ste 503**

**Sunny Isl Bch, FL 33160-4675**

Date or dates debt was incurred _____

Last 4 digits of account number **2  3  4  4**

As of the petition filing date, the claim is: **$8,320.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | CTCHGC, LLC | Case number *(if known)* | 25-12029 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,783.66**

Elavon ASA 12-2291

SDS 12-2291

Po Box 86

Minneapolis, MN 55486-0086

Date or dates debt was incurred _____

Last 4 digits of account number   7   5   6   3

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,144.92**

ERC Specialist

560 E Timpanogos Cir

Orem, UT 84097-6225

Date or dates debt was incurred _____

Last 4 digits of account number   5   4   4   8

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,652.00**

Kash Advance

111 Greator Neck Road Suite 300

Great Neck, NY 11021

Date or dates debt was incurred _____

Last 4 digits of account number   2   3   4   4

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Parks

P.O. Box 22678

Carrollton, TX 75011

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Parks Coffee**

**Po Box 110209**

**Carrollton, TX 75011-0209**

Date or dates debt was incurred _____

Last 4 digits of account number   **3   7   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$289.00

---

**3.14** Nonpriority creditor's name and mailing address

**PaySafe**

**1209 N Orange St**

**Wilmington, DE 19801-1120**

Date or dates debt was incurred _____

Last 4 digits of account number   **2   7   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,730.82

---

**3.15** Nonpriority creditor's name and mailing address

**Quill Corporation**

**P.O. Box 37600**

**Wilmington, DE 19801**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$218.82

---

**3.16** Nonpriority creditor's name and mailing address

**SBC Ben White LP**

**TIG Real Estate Services, Inc.**

**901 S Mopac Expy Bldg 4**

**Austin, TX 78746-6059**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   2   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,900.00

---

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.36 |
|---|---|---|---|

**Spectrum**

**1600 Dublin Rd**

**Columbus, OH 43215**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265,711.00 |
|---|---|---|---|

**Speedy Funding**

**185 Carrier St**

**Liberty, NY 12754-2124**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __2__ __3__ __4__ __4__

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,769.48 |
|---|---|---|---|

**Streusand, Landon, Ozburn & Lemmon, LLP**

**1801 S Mopac Expy Ste 320**

**Austin, TX 78746-9817**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 |
|---|---|---|---|

**Tagua Gunleather**

**2047 Nw 24th Ave**

**Miami, FL 33142-7237**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

<br>

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Tech Locally LLC**

**9901 Brodie Ln Ste 160-761**

**Austin, TX 78748-5803**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,558.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Title Max**

**8505 Springdale Rd**

**Austin, TX 78754-4902**

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  2  1

As of the petition filing date, the claim is: $6,690.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**T-Mobile**

**Po Box 629025**

**El Dorado Hls, CA 95762-9025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**TX Workforce Commission**

**OAG - BK Collections**

**Po Box 12548, MC008**

**Austin, TX 78711-2548**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $613.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 |
|---|---|---|---|

**Zachary Istre**

**904 E 52nd St**

**Austin, TX 78751-2208**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Contract Work**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **CTCHGC, LLC** | | Case number *(if known)* | **25-12029** |
|---|---|---|---|---|
| | Name | | | |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Streusand, Landon, Ozburn & Lemmon, LLP** <br> **1801 S Mopac Expy Ste 320** <br> **Austin, TX 78746-9817** | Line **3.19** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | **CTCHGC, LLC** | Case number *(if known)* | **25-12029** |
| | Name | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$32,714.48** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,152,640.76** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,185,355.24** |

| Fill in this information to identify the case: |
|---|
| Debtor name **CTCHGC, LLC** |
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): **25-12029** |

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/28/2026__
          MM/ DD/ YYYY

X **/s/ Michael D. Cargill** _____
Signature of individual signing on behalf of debtor

**Michael D. Cargill** _____
Printed name

**Manager** _____
Position or relationship to debtor