**UNITED STATES BANKRUPTCY CUIRT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CTCHGC, LLC, d/b/a Central Texas Gun** | § | **LEAD CASE NO. 25-12029** |
| **Works, Centex Guns, and CTGW,** | § | |
| And | § | **SECOND CASE NO. 25-12030** |
| **MICHAEL D. CARGILL,** | § | |
| | § | **CHAPTER 11** |
| **DEBTORS.** | § | **(SUBCHAPTER V)** |
| | § | **Jointly Administered** |
| | § | **Under Case No. 25-12029** |

## ORDER GRANTING DEBTORS' MOTION TO RECONSIDER ORDER DISMISSING CASE WITH PREJUDICE

CAME ON TO BE CONSIDERED Debtors' Motion to Reconsider Order Dismissing Case with Prejudice. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the Order Dismissing Case with Prejudice (ECF #149) is hereby vacated and these cases are reinstated.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731